UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Johnny Baggett,<br><br>       Petitioner,<br><br>v.<br><br>State of Nevada,<br><br>       Defendant. | Case No.: 2:23-cv-00744-APG-VCF<br><br>**Order Instructing Petitioner to File a Petition for Writ of Habeas Corpus on the Court's Form**<br><br>[ECF No. 3] |

Petitioner Johnny Baggett is a *pro se* prisoner in the custody of the Nevada Department of Corrections. A *pro se* petitioner is required to file his petition for writ of habeas corpus under 28 U.S.C. §2254 on the court's approved form.[1] Petitioner filed a document stating that he appeals the order of affirmance of his state post-conviction petition for writ of habeas corpus. ECF No. 3. Petitioner, however, has not filed a petition on the appropriate form or in substantial compliance with the form. The form is important as it provides the court with necessary information to conduct preliminary review.

Accordingly, Petitioner must, within 45 days of the date of this order, file a petition for habeas corpus relief on the court's form.[2] Petitioner is advised to follow the instructions on the form and to refrain from lengthy legal or factual argument.

I THEREFORE ORDER:

1. Petitioner must file a petition for writ of habeas corpus on the court's form within 45 days of the date of this order.

---

[1] *See* LSR 3-1; Habeas Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts.

[2] Petitioner at all times remains responsible for calculating the applicable statute of limitations.

2. Failure to timely comply with this order will result in the dismissal of the action without prejudice and without further advance notice.

3. The Clerk of the Court will send Petitioner two blank copies of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with instructions.

DATED this 12th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE