# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Johnny Baggett, | Case No.: 2:23-cv-00744-APG-VCF |
|---|---|
| Petitioner, | **Order Granting Petitioner's Motion to Extend** |
| v. | |
| State of Nevada, | [ECF No. 15] |
| Defendant. | |

Petitioner Johnny Baggett seeks an extension of time to file his first amended petition. ECF No. 15. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Baggett's motion.

I THEREFORE ORDER that Baggett's first unopposed motion to extend (ECF No. 15) is granted. Baggett has until March 4, 2024, to file his first amended petition.

DATED this 15th day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE