# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Johnny Baggett,<br><br>　　　Petitioner,<br><br>v.<br><br>State of Nevada,<br><br>　　　Defendant. | Case No.: 2:23-cv-00744-APG-MDC<br><br>**Order Granting Petitioner's<br>Motion to Extend**<br><br>[ECF No. 18] |

Petitioner Johnny Baggett seeks an extension of time to file his first amended petition. ECF No. 18. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant Baggett's motion.

I THEREFORE ORDER that Baggett's unopposed second motion to extend (ECF No. 18) is granted. Baggett has until April 13, 2024, to file his first amended petition.

DATED this 1st day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE