# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| Johnny Baggett, | Case No.: 2:23-cv-00744-APG-MDC |
|---|---|
| Petitioner, | **Order Granting the Respondents' Motion to Extend** |
| v. | [ECF No. 24] |
| State of Nevada, | |
| Defendant. | |

The respondents seeks an extension of time to file their response to the first amended petition. ECF No. 24. I find that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

I THEREFORE ORDER that the respondents' unopposed first motion to extend (ECF No. 24) is granted. Baggett has until August 9, 2024, to file their response to the first amended petition.

DATED this 17th day of June, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE